# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2460

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of South Dakota. |
| Alan Ray Rick, also known as David | * | |
| Allen Feakes, also known as George | * | [UNPUBLISHED] |
| Braun, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: August 18, 2003

Filed: September 2, 2003

_____

Before RILEY, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Alan Ray Rick appeals from the district court's[*] imposition of sentence following the revocation of his supervised release. Having reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion in imposing community confinement as a condition of Rick's supervised release under

_____

[*]The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

the catch-all provision of 18 U.S.C. § 3583(d) (court may order, within certain parameters, "any other condition it considers to be appropriate"). <u>See</u> <u>United States v. Kent</u>, 209 F.3d 1073, 1075 (8th Cir. 2000) (standard of review).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.